UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CAREY J. GUGLIELMO, JR | CASE NO.: 20-10558 |
| ASHLEY JONES GUGLIELMO | |
| DEBTOR(S) | CHAPTER 7 |

NOTICE OF HEARING ON MOTION TO SELL PROPERTY OF THE ESTATE
TO DEBTOR(S)

NOTICE IS ALSO GIVEN that a hearing will be held on Wednesday, April 17, 2021 at 2:00 o'clock p.m. by Zoom video conference. See the attached Order Fixing this hearing and the Standing Order 2020-4 establishing the court's video conference procedures (Exhibit 1).  Any party opposing the motion must file an objection or response with the Clerk of Court, Bankruptcy Court, 707 Florida Street, Room 119, Baton Rouge, LA 70801 not later than 11:59 p.m. on the 8th day before the scheduled hearing and must at the same time serve a copy of the objection or response on the mover or counsel for the mover, and upon all other parties entitled to notice of the objection. The failure of any creditor or other party in interest to timely object will be deemed to be a consent to this sale under the provisions of 11 U.S.C. §363(f)(2). The motion is on file at the United States Bankruptcy Court and can be viewed during business hours.

60 Inch LG TV, Misc. Costume Jewelry,1% Interest in BR Country Club, 1% Interest in BR City Club

This sale is without any warranty or recourse whatsoever on the part of Trustee, even as to the return of the purchase price, but with full substitution and subrogation to any and all rights and actions of warranty against all preceding owners, vendors or mortgagors.  This sale is to Jr., and Ashley Guglielmo Debtor(s).  Debtor(s) is to buy the property subject to all taxes, claims, judgments, encumbrances, and liens affecting the property.

The property conveyed is property of the estate that Purchaser wants to purchase for the total sum of $9,110.00 cash at sale.

Dated:  March 25, 2021                                              Respectfully Submitted:

/s/Dwayne M. Murray
Dwayne M. Murray, Trustee
Bar No. 18658
4970 Bluebonnet Blvd., Suite B
Baton Rouge, LA  70809
225-925-1110
225-925-1116 (Fax)