UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CAREY J. GUGLIELMO, JR<br>ASHLEY JONES GUGLIELMO<br>DEBTOR(S) | CASE NO.: 20-10558<br><br>CHAPTER 7 |

MOTION TO SELL PROPERTY OF THE ESTATE TO DEBTOR(S)

The motion of DWAYNE M. MURRAY, Trustee, represents that:

1.

This case was commenced by filing of a voluntary petition seeking relief pursuant to Chapter 7 of Title 11 of the United States Code on 08/07/20.

2.

The Trustee proposes and desires to sell to Ashley J. Guglielmo all the estate's right, title and interest in the following property:

Mrs. Guglielmo ¼ Interest in her mother's home at 619 Elmwood, Shreveport, Louisiana

3.

The sale shall be without any warranty or recourse whatsoever on the part of the Trustee, even as to the return of the purchase price, but with full substitution and subrogation to all rights and actions of warranty against all preceding owners, vendors or mortgagors. The debtor(s) shall buy the property subject to any and all taxes, claims, judgments, encumbrances, and liens affecting the property. The purchase price for the property to be sold herein is $ 35,000.00 which will be paid in cash at the sale or the Trustee is currently holding said sum in escrow.

4.

The Trustee believes that the total sales price offered by the debtor(s) is the best value that he will receive for the property. The Trustee believes that this sale is in the best interest of the creditors.

WHEREFORE, Trustee and debtor(s) pray that, after notice of the Motion to all parties in interest and opportunity for hearing, that an Order be entered by this Court authorizing the Trustee to sell by private sale, the property described for the price and on the terms set forth.

Dated:  March 25, 2021                                     Respectfully Submitted:

/s/ Dwayne M. Murray
Dwayne M. Murray, LSBA 18658
Chapter 7 Trustee
4970 Bluebonnet Blvd., Suite B
Baton Rouge, LA  70809
225-925-1110