UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:   GUGLIELMO, JR., CAREY J.                                     CASE NO.: 20-10558
         GUGLIELMO, ASHLEY JONES
         DEBTOR(S)

**MOTION TO WITHDRAW MOTIONS TO SELL PROPERTY**
(This Motion Referred to Docket Numbers P-95 and P-98)

The motion of Dwayne M. Murray (Trustee), who seeks to withdraw Motions to Sell Property of the Estate to Debtors, respectfully represents:

1.

The trustee filed Motions to Sell Property of the Estate to Debtor(s) on March 25, 2021 [P-95] and [P-98].

2.

In the first Motion to Sell Property of the Estate to Debtor(s) [P-95], the trustee intended to sell to Carey J. Guglielmo, Jr. and Ashley Jones Guglielmo all the estate's right, title and interest in the following property:

> 60 inch LG television, miscellaneous costume jewelry, 1% interest in Baton Rouge Country Club, and 1% interest in Baton Rouge City Club

3.

In the second Motion to Sell Property of the Estate to Debtor(s) [P-98], the trustee intended to sell to Ashley Jones Guglielmo all the estate's right, title and interest in the following property:

> ¼ interest in real estate located at 619 Elmwood, Shreveport, Louisiana

4.

A Hearing on the Motions is scheduled for May 19, 2021.

5.

New counsel has enrolled for debtors and has asked the trustee to cancel hearing so that his firm might meet with debtors to discuss these and other matters pending before the court.

Wherefore, the trustee prays that the Motion to Sell Property of the Estate to Debtor(s) be withdrawn.

Respectfully Submitted:

/s/Dwayne M. Murray, LSBA 18658
Dwayne M. Murray, Trustee
4970 Bluebonnet Boulevard,
Suite B
Baton Rouge, LA 70809
Telephone:  (225) 925-1110
dmm@murraylaw.net